DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES MILTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2401

[October 19, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 05-19733CF10A and 12-6541CF10A.

Charles Milton, Arcadia, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and TAYLOR, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***